UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Michael & Lori Marinari

Case No.: 18-14493/ABA  
Chapter: 7  
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___July 3, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
48 Arbour Lane
Sewell, NJ
FMV - $177,900.00 |
|---|---|

| Liens on property: | Fay Servicing - $169,134.00
Fay Servicing - $17,562.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:   /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address:   117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.:   (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-14493-ABA
Michael Marinari                                                        Chapter 7
Lori Marinari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jun 06, 2018
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
```
db/jdb         +Michael Marinari,    Lori Marinari,    48 Arbour Lane,    Sewell, NJ 08080-3702
517374295      +ACCU Reference Medical Laboratory,    1901 East Linden Ave,    Suite 4,    Linden, NJ 07036-1195
517374298      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517374301      +Comenitycapital/gmstop,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517374302      +Complete Collection Service,    4833 N Dixie Hwy,    Fort Lauderdale, FL 33334-3928
517374303      +Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-0001
517374304     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708)
517374305      +DiMarino Kroop Prieto GI Associates PA,    26 East Red Bank Ave,    Woodbury, NJ 08096-1611
517374306       Fay Servicing,    PO Box 22009,    Chicago, IL 60680
517374307      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517374308      +Hsbc Mortgage Corp Usa,    Attn: Bankruptcy,    Po Box 9068,    Brandon, FL 33509-9068
517374309      +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517374310       Inspira Health Network Urgent Care,    112 Delsea Drive North,    Glassboro, NJ 08028
517374311      +Inspira Medical Center Woodbury, Inc,    PO Box 95000-7130,    Philadelphia, PA 19195-0001
517374313      +Penn Medicine,    Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
517374315      +REMEX,    PO Box 765,    Rocky Hill, NJ 08553-0765
517374316      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517374318      +Stillman Law Office, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517374294      +E-mail/Text: mpieslak@trafgroup.org Jun 07 2018 00:36:40     A-1 Collection Service,
                 PO Box 6009,    Lawrence Township, NJ 08648-0009
517374297      +E-mail/Text: bk@avant.com Jun 07 2018 00:36:40     Avant Credit, Inc,    Attention Bankruptcy,
                 Po Box 9183380,    Chicago, IL 60691-3380
517374299      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2018 00:32:29     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517374300      +E-mail/Text: bk.notifications@jpmchase.com Jun 07 2018 00:35:39     Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517374301      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 07 2018 00:35:20     Comenitycapital/gmstop,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517374312      +E-mail/Text: bk@lendingclub.com Jun 07 2018 00:36:27     Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
517374314      +E-mail/Text: bankruptcy@prosper.com Jun 07 2018 00:36:34     Prosper Marketplace Inc,
                 Po Box 396081,    San Francisco, CA 94139-6081
517376606      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:31:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517374319      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:31:17     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517374320      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:32:22     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517374321      +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2018 00:31:18     Synchrony Bank/Lowes,
                 Po Box 956005,    Orlando, FL 32896-0001
517374322       E-mail/Text: bankruptcy@td.com Jun 07 2018 00:35:57     TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
                                                                                              TOTAL: 14
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517374296       Advocare Arth Osteo Rheum
517374317       South Jersey Radiology Assoc PA
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: pdf905         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Joseph Marchand     jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor   Citibank, N.A., not in its Individual Capacity,
               but Solely as Trustee of NRZ Pass-Through Trust VI kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laurent W. Metzler    on behalf of Debtor Michael  Marinari LWM@metzlerdesantis.com,
               r54078@notify.bestcase.com
              Laurent W. Metzler    on behalf of Joint Debtor Lori  Marinari LWM@metzlerdesantis.com,
               r54078@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```