Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                               Case No.: 18–14493–ABA
                                               Chapter:  7
                                               Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Marinari | Lori Marinari |
| 48 Arbour Lane | 48 Arbour Lane |
| Sewell, NJ 08080 | Sewell, NJ 08080 |

Social Security No.:
  xxx–xx–3228                                  xxx–xx–6494

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 9, 2018</u>                   <u>Andrew B. Altenburg Jr.</u>
                                                 Judge, United States Bankruptcy Court